# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2023-2846
Lower Tribunal No. 53230002577FD

———————————————————

MARCELINO AGUILAR,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

———————————————————

Appeal from the Department of Revenue.

November 1, 2024

STARGEL, J.

Affirmed. Appellant was properly served but did not participate in the proceedings below. The case is affirmed without prejudice to any rights Appellant may have to seek an administrative modification of the final order as set forth in Fla. Stat. section 409.2563(12) or to file an action to obtain a superseding order in the circuit court pursuant to section 409.2563(10)(c) or 409.2563(2)(h). *See Fernandez v. Dep't. of Revenue, Child Support Enf't.*, 49 Fla. L. Weekly D1912 --- So.3d ---, 2024 WL 4219378 (Fla. 3d DCA Sept. 18, 2024) (citing *Brookshire v. Dep't of Revenue*, 288 So. 3d at 710).

AFFIRMED.


NARDELLA and WOZNIAK, JJ., concur.


Marcelino Aguilar, Lehigh Acres, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, of the Office of Attorney General Child Support Enforcement, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED